UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE FIREHOUSE CHURCH MINISTRIES     PLAINTIFF

V.     CIVIL ACTION NO. 3:20-CV-354-KHJ-FKB

CHURCH MUTUAL INSURANCE COMPANY     DEFENDANT

ORDER

This insurance dispute is before the Court for pretrial consideration of the parties' deposition designations and objections. The Court has reviewed the depositions for Lynn Renlund, Scotty Cole, and Courtney Knox. Defendant Church Mutual Insurance only raises objections to Lynn Renlund's deposition testimony. The Court writes to benefit the parties and the record and rules as follows.

Page 56: Lines 11–25 through Page 59: Lines 1–11. The Court overrules the objection.

Page 60: Lines 14–25 through 62: Lines 1–25. The Court overrules the objection.

Page 63: Lines 13–25 through Page 64: Lines 1–16. The Court overrules the objection.

Page 65: Lines 1–14. The Court sustains the objection.

Page 65: Lines 15–25 through Page 66: Lines 1–3. The Court overrules the objection.

Page 66: Lines 4–25 through Page 67: Lines 1–25 through Page 68: Lines 1–2. The Court overrules the objection.

Page 76: Lines 6–25 through Page 77: Lines 1–25 through Page 78: Lines 1–25 through Page 79: Lines 1–14. The Court overrules the objection.

Page 97: Lines 18–25 through Page 98: Lines 1–5. The Court sustains this objection.

SO ORDERED AND ADJUDGED this the 23rd day of June, 2022.

s/ *Kristi H. Johnson*<br>UNITED STATES DISTRICT JUDGE